UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| **ROBERTA LOWTHER,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CASE NO. 7:14-CV-0484-SLB |
| | ) |
| **PERFORMANT RECOVERY, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The court has been advised by counsel that this case has settled. Therefore, it is

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to the right of any party to reopen the case upon good cause shown within sixty (60) days, or to submit a stipulated form of final judgment within sixty (60) days. The court retains jurisdiction to enforce any settlement the parties have reached. The Scheduling Conference, currently set for July 22, 2014, is **CANCELLED**.

**DONE** this 18th day of July, 2014.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE